# United States District Court

DISTRICT OF GUAM

GOLAM R. SARKER,

    PLAINTIFF,

V.

HYATT REGENCY GUAM, MIHIR ROUT
AND DOE OFFICERS 1 through 10,

    DEFENDANTS,

SUMMONS IN A CIVIL CASE

CASE NUMBER: 02-00023

FILED
DISTRICT COURT OF GUAM
AUG 09 2002
MARY L. M. MORAN
CLERK OF COURT

TO: (Name and address of defendant)

MIHIR ROUT

*[signature] 8/8/02 14:17 hrs.*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THE VANDEVELD LAW OFFICES, P.C.
SUITE 215, 194 HERNAN CORTES AVE.
HAGATNA, GUAM 96910

an answer to the complaint which is herewith served upon you, within  20 (twenty)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

AUG - 7 2002

CLERK                                                                 DATE

(BY) DEPUTY CLERK

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>AUGUST 8, 2002 |
| NAME OF SERVER *(PRINT)*<br>MICHAEL Q. GALLO | TITLE<br>PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: <u>HYATT REGENCY HOTEL, SAN VITORES RD.</u>
<u>TUMON, GUAM</u>

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other *(specify)*: _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES<br>$45.00 | TOTAL<br>$45.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>AUGUST 9, 2002</u>
Date

Signature of Server SP0131-00

P.O. BOX 1150 AGANA GU 96932 / 201 SONGSONG ST.
Address of Server          MANGILAO GUAM

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.