AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF GUAM

GOLAM R. SARKER,

    PLAINTIFF,

V.

HYATT REGENCY GUAM, MIHIR ROUT AND DOE OFFICERS 1 through 10,

    DEFENDANTS,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 02-00023

FILED
DISTRICT COURT OF GUAM
AUG 09 2002
MARY L. M. MORAN
CLERK OF COURT

TO: (Name and address of defendant)
HYATT REGENCY

*received by: Claire Nania (3)
Director of Human Resources
8-8-02 2:15pm*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    THE VANDEVELD LAW OFFICES, P.C.
    SUITE 215, 194 HERNAN CORTES AVE.
    HAGATNA, GUAM 96910

an answer to the complaint which is herewith served upon you, within __20 (twenty)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK

*/s/* 
(BY) DEPUTY CLERK

AUG - 7 2002

DATE

**ORIGINAL**

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | AUGUST 8, 2002 |
| NAME OF SERVER (PRINT)<br>MICHAEL Q. GALLO | TITLE<br>PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED DEFENDANT, HYATT REGENCY GUAM, BY AND THROUGH THEIR AUTHORIZED REPRESENTATIVE, CLAIRE GARCIA, DIRECTOR OF HUMAN RESOURCES AT THEIR PLACE OF BUSINESS, HYATT HOTEL, SAN VITORES ROAD, TUMON, GUAM

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $45.00 | $45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on AUGUST 9, 2002
Date

Signature of Server SP0136-00

P.O. BOX 1150 AGANA GU 96932/201 SONGSONG ST.
Address of Server        MANGILAO GUAM

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.