Michael A. Pangelinan, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendants*
*Hyatt Regency Guam and Mihir Rout*

FILED
DISTRICT COURT OF GUAM
SEP 0 9 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GOLAM R. SARKER, | CIVIL CASE NO. 02-00023 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| HYATT REGENCY GUAM, MIHIR ROUT, and DOE OFFICERS 1 through 10, | |
| Defendants. | |

The undersigned hereby certifies that a true and correct copy of the following document:

1. Answer

was served upon Curtis C. Van de veld, Attorney for Plaintiff Golam R. Sarker, whose address is Suite 215, 194 Hernan Cortes Avenue, Hagåtña, Guam 96910 via Hand Delivery.

Dated this 9th day of September 2002.

CALVO AND CLARK, LLP
Attorneys At Law
Attorneys for Defendant Hyatt Regency Guam and Mihir Rout

By: _____
JANALYNN M. CRUZ

T020909.55-0001.CT (Certificate of Service).wpd

**ORIGINAL**

1