Michael A. Pangelinan, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendants*
*Hyatt Regency Guam and Mihir Rout*

FILED
DISTRICT COURT OF GUAM
SEP 20 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GOLAM R. SARKER, | CIVIL CASE NO. 02-00023 |
| Plaintiff, | |
| vs. | **FIRST AMENDED ANSWER** |
| HYATT REGENCY GUAM, MIHIR ROUT, and DOE OFFICERS 1 through 10, | |
| Defendants. | |

COME NOW, Defendants HYATT REGENCY GUAM and MIHIR ROUT ("Defendants"), by and through their undersigned counsel, and answer the Complaint as follows:

1. Defendants admit that the Court has jurisdiction pursuant to 28 U.S.C. § 1331 and Title VII of the Civil Rights Act of 1964, as amended by 42 U.S.C. §§ 2000e et seq. Defendants deny all other allegations contained in paragraph 1 of the Complaint.

2. As to paragraph 2 of the Complaint, Defendants admit the first sentence of paragraph 2 and deny all remaining allegations.

3. As to paragraph 3 of the Complaint, Defendants admit that Golam Sarker is now, and at all times relevant to the actions complained of here has been, over the age of majority. Defendants having insufficient information or belief regarding the remaining allegations in paragraph 3 of the Complaint deny said allegations.

4. As to paragraph 4, Defendants admit that Defendant Hyatt Regency Guam is incorporated under the laws of Guam with its principle place of business in Guam and licensed to do

business in Guam. To the extent that paragraph 4 alleges that Hyatt Regency Guam is the name of a corporation, Defendants deny said allegation.

5. As to paragraph 5 of the Complaint, the statement that Defendant Hyatt Regency Guam is an employer within the meaning of that word as used in the Title VII of the Civil Rights Act of 1964 is a legal conclusion rather than an allegation and on this basis Defendants deny the statement contained in paragraph 5.

6. As to paragraph 6 of the Complaint, Defendants admit that Mihir Rout was, at the time of the acts complained of by Plaintiff, the Assistant Director of Engineering for Defendant Hyatt Regency Guam. Defendants deny all remaining allegations contained in paragraph 6.

7. Defendants deny the allegations contained in paragraphs 7, 19, 20 and 22 though 28 of the Complaint.

8. Defendants admit the allegations contained in paragraphs 8, 10, 12, 14, 15, 16, 17, 21 of the Complaint.

9. Defendants having insufficient information or belief regarding the allegations contained in paragraphs 9, 11 of the Complaint deny said allegations.

10. As to paragraph 13 of the Complaint, Defendants reallege and incorporate by this reference their responses to paragraphs 1 through 12.

11. As to paragraph 18 of the Complaint, Defendants admit that on or about early December 2001 Plaintiff was given a new work schedule that required Plaintiff to work on Friday. Defendants deny all other allegations contained in paragraph 18.

12. As to all other paragraphs and allegations not herein specifically admitted, Defendants herein generally and specifically deny said allegations.

## AFFIRMATIVE DEFENSES

Plaintiff's claim against Defendants is barred by the following affirmative defenses: statute of limitations, failure to exhaust administrative remedies, failure to mitigate, good faith, estoppel, fraud, laches, res judicata, waiver, bona fide seniority or merit system, failure to satisfy conditions precedent/subsequent, bad faith, insufficiency of service of process, collateral estoppel, good cause for termination, failure to join an indispensable party, and unclean hands.

WHEREFORE, Defendants prays that:

1. Plaintiff take nothing by its Complaint;

2. Defendants recover their costs of suit and reasonable expenses incurred herein, including without limitation attorneys' fees; and

3. Defendants recover such other and further relief as this Court deems just and proper.

Dated this 20th day of September 2002.

CALVO AND CLARK, LLP
Attorneys At Law

By: _____
MICHAEL A. PANGELINAN
Attorneys for Defendants Hyatt Regency Guam and Mihir Rout