MOYLAN & VANDEVELD
Counselors At Law
Union Bank Bldg., Suite 215
194 Hernan Cortes Ave.
Hagåtña, Guam 96910
Telephone: (671) 472-2863
Facsimile: (671) 472-2886

Attorney for plaintif: GOLAM R. SARKER

F I L E D
DISTRICT COURT OF GUAM
OCT 18 2002
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| GOLAM R. SARKER, ) | Civil Case No. 02-00023 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| HYATT REGENCY GUAM, MIHIR ROUT, ) | **ORDER** |
| and DOE OFFICERS 1 THROUGH 10, ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |

This matter came before the Honorable John S. Unpingco, Chief Judge, U.S. District Court of Guam on Plaintiffs' Motion To Enlarge Time To File Proposed Scheduling Order and Proposed Discovery Plan With Memorandum of Points and Authorities and Statement Of Non-Opposition By Defendants.

The Court, after reviewing the pleadings, and other documents on file herein hereby GRANTS Plaintiffs' Motion to Enlarge Time To File Proposed Scheduling Order and Proposed Discovery Plan With Memorandum of Points and Authorities and Statement of Non-Opposition

ORIGINAL

GOLAM R. SARKER vs. HYATT REGENCY GUAM, MIHIR ROUT, and DOE OFFICERS 1 through 10
**ORDER**
CIVIL CASE NO. 02-00023

Page 2

by Defendants for an additional forty-five (45) days such that the Proposed Scheduling Order

and Proposed Discovery Plan will be due on Thursday, December 05, 2002.

**SO ORDERED** this ___17th___ day of October, 2002.

_____
**HONORABLE JOHN S. UNPINGCO**
Chief Judge, U.S. District Court of Guam

**SUBMITTED BY:**

_____
**CURTIS C. VAN DE VELD**
Attorney for Plaintiff,
GOLAM R. SARKER

RECEIVED
OCT 16 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM

CCV/gprr
GRSARKER/ORDER/CV001462