ORIGINAL

FILED
DISTRICT COURT OF GUAM
OCT 29 2002
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

**GOLAM R. SARKER,**

    Plaintiff,

vs.

**HYATT REGENCY GUAM, MIHIR ROUT and DOE OFFICERS 1 THROUGH 10,**

    Defendant.

Civil Case No. 02-00023

**ORDER**

On October 17, 2002, the Court granted the plaintiff Motion to Enlarge Time to File Proposed Scheduling Order and Proposed Discovery Plan, in the above captioned case. The Proposed Scheduling Order and Proposed Discovery Plan are now due on Thursday, December 5, 2002. Accordingly, the Scheduling Conference, currently calendared for Tuesday, November 5, 2002 at 3:30 p.m., is HEREBY VACATED. The Scheduling Conference will be held on TUESDAY, DECEMBER 10, 2002 AT 3:00 P.M.

SO ORDERED this Monday, October 28, 2002.

JOHN S. UNPINGCO
**District Judge**