THE VANDEVELD LAW OFFICES, P.C.
*Cutis C. Van de veld*
Attorney At Law
Union Bank Bldg., Suite 215
194 Hernan Cortes Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-2863
Facsimile: (671) 472-2886

Attorney for plaintiff: GOLAM R. SARKER



FILED
DISTRICT COURT OF GUAM
JUL - 7 2003
MARY L. M. MORAN
CLERK OF COURT

12

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| GOLAM R. SARKER, | Civil Case No. 02-00023 |
| Plaintiff, | **STIPULATION TO ENLARGE TIME FOR DISCOVERY CUT OFF and ORDER** |
| vs. | |
| HYATT REGENCY GUAM, MIHIR ROUT, and DOE OFFICERS 1 through 10, | |
| Defendants. | |

COMES NOW plaintiff, GOLAM R. SARKER, through counsel of record, THE VANDEVELD LAW OFFICES, P.C., by Curtis C. Van de veld, Esq., and defendants HYATT REGENCY GUAM, MIHIR ROUT, and DOE OFFICERS 1 through 10, through counsel of record, CALVO AND CLARK, LLP, by Michael A. Pangelinan, Esq., to stipulate to enlarge time for Discovery cut-off for a period of an additional forty-five (45) days such that the Discovery cut-off will be Monday, August 25, 2003.

The reason for this request is that plaintiff's counsel, Curtis C. Van de veld, Esq., will be off-island from June 27, 2003 through July 16, 2003.

///

///

---

GOLAM R. SARKER, Plaintiff, vs. HYATT REGENCY GUAM, MIHIR ROUT, and DOE OFFICERS 1 through 10, Defendants
Civil Case No. CV02-00023
**MOTION TO ENLARGE TIME TO FILE PROPOSED SCHEDULING ORDER AND PROPOSED DISCOVERY PLAN**
Page 1

SO STIPULATED BY:

| | |
|---|---|
| **CALVO & CLARK, LLP** | **THE VANDEVELD LAW OFFICES, P.C.** |
| By: /s/ | By: /s/ Curtis Van... |
| Mr. Michael A. Pangelinan, Esq. | Curtis Charles Van de veld, Esq. |
| Attorney for Defendants | Attorney for Plaintiff |
| **HYATT REGENCY GUAM, et al.** | **GOLAM R. SARKER** |
| Dated: July 2, 2003 | Dated: 20 June 03 |

### ***ORDER***

**IT IS HEREBY ORDERED** that the Discovery cut-off is enlarged to an additional 45 days and is now due on Monday, August 25, 2003.

Dated this 7th day of July 2003.

/s/
**HONORABLE JOHN S. UNPINGCO**
**CHIEF JUDGE, District of Guam**

CCV/gprr
GRSARKER/CV001504

**RECEIVED**
JUL -7 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

---

GOLAM R. SARKER, Plaintiff, vs. HYATT REGENCY GUAM, MIHIR ROUT, and DOE OFFICERS 1 through 10, Defendants
Civil Case No. CV02-00023
**MOTION TO ENLARGE TIME TO FILE PROPOSED SCHEDULING ORDER AND PROPOSED DISCOVERY PLAN**
Page 2

Case 1:02-cv-00023   Document 12   Filed 07/07/2003   Page 2 of 2