FILED
DISTRICT COURT OF GUAM
JUL 25 2003
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| GOLAM R. SARKER<br><br>    Plaintiff,<br><br>    vs.<br><br>HYATT REGENCY GUAM, ET AL.,<br><br>    Defendant. | Civil Case No. 02-00023<br><br><br><br>MINUTES |

( ) SCHEDULING CONFERENCE    (✓) PRELIMINARY PRETRIAL CONFERENCE
July 24, 2003 at 3:00 p.m.

( ) FINAL PRETRIAL CONFERENCE    ( ) OTHER

**Note(s)**: Attorneys Curtis Van de Veld and Michael Pangelinan appeared. The Court and counsel discussed the following:

    1. Counsel stated that they intended to take depositions in the next three to four weeks which will better prepare them for settlement discussions. Additionally, counsel expressed an interest in the possibility of addressing the case before a settlement judge. In the event the parties choose to present their case to a settlement judge, the Court informed counsel that their respective clients should be in attendance.

    2. The parties expect the length of the trial to be five (5) days.

    3. The Court gave the parties the option to try the case in no more than five (5) days time. The time allocated would be 60 percent (60%) of the trial hours to the plaintiff, and 40 percent

1. (40%) of the hours to the defendant. Arguments, opening and closing arguments would be timed and would be taken out of those time allotments. Counsel will inform the Court if they would like to proceed in this manner.

4. The Court informed the parties that they are entitled to six, although the Court recommended that counsel obtain no less than eight jurors.

5. If the parties submit stipulated facts prior to trial, the Court will read them to the jury prior to the start of the trial, with permission of both counsel.

Dated: July 24, 2003.

_____
KIM R. WALMSLEY
Law Clerk