Michael A. Pangelinan, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendants*
Hyatt Regency Guam and Mihir Rout

FILED
DISTRICT COURT OF GUAM
AUG 21 2003
MARY L. M. MORAN
CLERK OF COURT

14

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GOLAM R. SARKER, )<br><br>Plaintiff, )<br><br>vs. )<br><br>HYATT REGENCY GUAM, MIHIR ROUT, and)<br>DOE OFFICERS 1 through 10, )<br><br>Defendants. )<br>_____) | CIVIL CASE NO. 02-00023<br><br>**STIPULATION AND ORDER TO ENLARGE TIME FOR MOTIONS AND DISCOVERY** |

        COME NOW, Defendants Hyatt Regency Guam and Mihir Rout, through their counsel

of record, Calvo and Clark, LLP, by Michael A. Pangelinan, Esq., and Plaintiff Golam R. Sarker,

through his counsel of record, The Vandeveld Law Offices, P.C., by Curtis C. Van de veld, Esq., and

hereby stipulate to enlarge time as to the following pre-trial matters as follows:

        1.        Discovery motions may be filed on or before September 19, 2003.

        2.        Discovery shall be completed on or before September 26, 2003.

        3.        Dispositive motions may be filed on or before October 3, 2003.

        SO STIPULATED:

CALVO AND CLARK, LLP
Attorneys At Law


By:_____
    **MICHAEL A. PANGELINAN**
    Attorneys for Defendants

DATED: August 14, 2003.

THE VANDEVELD LAW OFFICES, P.C.


By:_____
    **CURTIS CHARLES VAN DE VELD**
    Attorneys for Plaintiff

DATED: August *20* , 2003.

N030814.55-0004.Stipulation to enlarge time-Plds.wpd

## ORDER

IT IS HEREBY ORDERED that the time within which to file discovery motions is enlarged to September 19, 2003, the time for completion of discovery is enlarged to September 26, 2003, and the time within which to file dispositive motions is enlarged to October 3, 2003.

SO ORDERED:  _August 21_ , 2003.

**HONORABLE JOHN S. UNPINGCO**
Chief Judge, District Court of Guam

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

N030814.55-0004.Stipulation to enlarge time-Plds.wpd

2