THE VANDEVELD LAW OFFICES, P.C.
*Curtis C. Van de veld*
Attorney At Law
Suite 215, 194 Hernan Cortes Avenue
Hagåtña, Guam 96910
Office: (671) 472-2863
Facsimile: (671) 472-2886

**Attorney for Plaintiff: GOLAM R. SARKER**

IN THE UNITED STATES DICTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| GOLAM R. SARKER, | Civil Case No. **CIV02-00023** |
| Plaintiff, | |
| vs. | **DECLARATION OF GABRIELA P. R. RIPPEL** |
| HYATT REGENCY GUAM, MIHIR ROUT, and DOE OFFICERS 1 through 10, | |
| Defendants. | |

I, Gabriela P. R. Rippel, hereby declare and state under penalty of perjury of the law of Guam, pursuant to 6 G.C.A. §4308, the facts stated hereinafter are true and correct to the best of knowledge and belief.

1. I am an employee of THE VANDEVELD LAW OFFICES, P.C.;

2. That I attempted to contact our client Golam Sarker on August 8, 2003 through all contact numbers listed in his file.

3. That the home and pager contact numbers had given a recording, "no longer in service".

GOLAM R. SARKER, Plaintiff v. HYATT REGENCY GUAM, MIHIR ROUT, and DOE OFFICERS 1 through 10, Defendants.
Declaration of Gabriela P. R. Rippel
CIVIL CASE NO. CIV02-00023
Page 1

4. That I contacted GTA 411 Directory Assistance to check if a new number may be listed only to be informed that there is "no listing" under Golam Sarker.

5. That on August 11, 2003, I again attempted to contact our client. I received the same recording messages, "no longer in service".

*[signature]*
GABRIELA P.R. RIPPEL

CCV/gprr
GRSarker/CV001513

---

GOLAM R. SARKER, Plaintiff v. HYATT REGENCY GUAM, MIHIR ROUT, and DOE OFFICERS 1 through 10, Defendants.
Declaration of Gabriela P. R. Rippel
CIVIL CASE NO. CIV02-00023

Page 2