THE VANDEVELD LAW OFFICES, P.C.
*Curtis C. Van de veld*
Attorney At Law
Suite 215, 194 Hernan Cortes Avenue
**Hagåtña, Guam 96910**
Office: (671) 472-2863
Facsimile: (671) 472-2886

**Attorney for Plaintiff: GOLAM R. SARKER**

FILED
DISTRICT COURT OF GUAM
AUG 28 2003
MARY L. M. MORAN
CLERK OF COURT

17

IN THE UNITED STATES DICTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| GOLAM R. SARKER, ) | Civil Case No. **CIV02-00023** |
| Plaintiff, ) | |
| vs. ) | **NOTICE OF MOTION** |
| HYATT REGENCY GUAM, MIHIR ROUT, ) and DOE OFFICERS 1 through 10, ) | |
| Defendants. ) | |

\* \* **NOTICE OF MOTION** \* \* \*

**PLEASE TAKE NOTICE** that on _____, at the hour of _____, THE VANDEVELD LAW OFFICES, P. C., by Curtis C. Van de veld, Esq., shall move the court of the HONORABLE CHIEF JUDGE JOHN S. UNPINGCO, to withdraw as counsel of record for plaintiff, GOLAM R. SARKER. This motion is made pursuant to Model Rules of Professional Conduct, MRPC Rule 1.16.

/ / /

/ / /

---
GOLAM R. SARKER, Plaintiff, v. HYATT REGENCY GUAM, MIHIR ROUT, and DOE OFFICERS 1 through 10, Defendants.
Civil Case No. CIV 02-00023
**NOTICE OF MOTION**
Page 1

DATED: Thursday, August 28, 2003.

THE VANDEVELD LAW OFFICES, P.C.

*[signature]*

**CURTIS C. VAN DE VELD**
Attorney for Plaintiff
**GOLAM R. SARKER**

### CERTIFICATE OF SERVICE

I, CURTIS C. VAN DE VELD, certify that I caused a copy of the foregoing document here filed, to be served on counsel for Defendants, HYATT REGENCY GUAM, MIHIR ROUT, and DOE OFFICERS 1 through 10 on August 28, 2003, via hand delivery at the following address:

> Michael A. Pangelinan, Esq.
> Calvo & Clark, LLP
> 655 S. Marine Drive
> Tamuning, Guam 96913

DATED: Thursday, August 28, 2003.

THE VANDEVELD LAW OFFICES, P.C.

*[signature]*

**Curtis C. Van de veld**
Attorney for Plaintiff
**GOLAM R. SARKER**

CCV/gprr
VPP/GRSarker/CV001515

---

GOLAM R. SARKER, Plaintiff, v. HYATT REGENCY GUAM, MIHIR ROUT, and DOE OFFICERS 1 through 10, Defendants.
Civil Case No. CIV 02-00023
**NOTICE OF MOTION**

Page 2

Case 1:02-cv-00023   Document 17   Filed 08/28/2003   Page 2 of 2