THE VANDEVELD LAW OFFICES, P.C.
*Curtis C. Van de veld*
Attorney At Law
Suite 215, 194 Hernan Cortes Avenue
Hagåtña, Guam 96910
Office: (671) 472-2863
Facsimile: (671) 472-2886

**Attorney for Plaintiff: GOLAM R. SARKER**

**FILED**
DISTRICT COURT OF GUAM

SEP 05 2003

MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| GOLAM R. SARKER, | ) Civil Case No. **CIV02-00023** |
| Plaintiff, | ) |
| vs. | ) |
| HYATT REGENCY GUAM, MIHIR ROUT, and DOE OFFICERS 1 through 10, | ) ~~PROPOSED~~ ORDER |
| Defendants. | ) |

This matter came before the Court upon Plaintiffs' *Motion* to withdraw as counsel of record.

The Court, after reviewing the pleadings and other documents on file herein hereby GRANTS Plaintiffs' Motion to withdraw as counsel of record.

**SO ORDERED** this ___5___ September day of ~~August~~, 2003.

_____
**HONORABLE JOHN S. UNPINGCO**
Chief Judge, U.S. District Court of Guam

**PRESENTED BY:**

**CURTIS C. VAN DE VELD**
Attorney for Plaintiff

CCV/gprr
PROPORD/GRSarker/CV001516

**RECEIVED**

AUG 29 2003

DISTRICT COURT OF GUAM
HAGATNA, GUAM