Michael A. Pangelinan, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendants*
Hyatt Regency Guam and Mihir Rout

FILED
DISTRICT COURT OF GUAM
SEP 26 2003
MARY L. M. MORAN
CLERK OF COURT

19

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GOLAM R. SARKER, | CIVIL CASE NO. 02-00023 |
| Plaintiff, | |
| vs. | NOTICE OF MOTION *Motion to Dismiss* 2. |
| HYATT REGENCY GUAM, MIHIR ROUT, and DOE OFFICERS 1 through 10, | |
| Defendants. | |

TO: **PLAINTIFF GOLAM R. SARKER**
**Post Office Box 26392**
**GMF, Guam 96921**

PLEASE TAKE NOTICE that on _____, at the hour of _____ __.m., Defendants HYATT REGENCY GUAM and MIHIR ROUT, by and through their undersigned counsel, shall move the court of the HONORABLE CHIEF JUDGE JOHN S. UNPINGCO, to dismiss Plaintiff GOLAM R. SARKER's Complaint. This motion is pursuant to Federal Rule of Civil Procedure 41(b).

This motion is based on the accompanying memorandum of points and authorities and supporting declaration along with the papers on file herein, any matters upon which the Court may take

//
//
//
//
//

ORIGINAL

N030910.55-0004.Notc of Mtn-Plds.wpd

1 judicial notice, and upon such oral and documentary evidence as may be presented at the hearing on
2 this motion.
3 DATED this 26th day of September, 2003.

CALVO AND CLARK, LLP
Attorneys At Law

By: _____
MICHAEL A. PANGELINAN
Attorneys for Defendants Hyatt Regency
Guam and Mihir Rout