Michael A. Pangelinan, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendants*
Hyatt Regency Guam and Mihir Rout

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GOLAM R. SARKER, | CIVIL CASE NO. 02-00023 |
| Plaintiff, | |
| vs. | **REQUEST FOR HEARING DATE** |
| HYATT REGENCY GUAM, MIHIR ROUT, and DOE OFFICERS 1 through 10, | |
| Defendants. | |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Michael A. Pangelinan, am the attorney for Defendants in this matter.

2. Plaintiff is *pro se*.

3. I request oral argument and I have attempted and have been unable to contact *pro se* Plaintiff to schedule a hearing on Defendants' motion to dismiss.

DATED this 26th day of September, 2003.

CALVO AND CLARK, LLP
Attorneys At Law

By: _____
MICHAEL A. PANGELINAN
Attorneys for Defendants Hyatt Regency
Guam and Mihir Rout

**ORIGINAL**

N030910.55-0004.Agreement of Hrg Date-Plds.wpd