1  Michael A. Pangelinan, Esq.
   Janalynn M. Cruz, Esq.
2  CALVO AND CLARK, LLP
   Attorneys at Law
3  655 South Marine Drive, Suite 202
   Tamuning, Guam  96911
4  Telephone:    (671) 646-9355
   Facsimile:    (671) 646-9403
5
   *Attorneys for Defendants*
6  Hyatt Regency Guam and Mihir Rout

FILED
DISTRICT COURT OF GUAM

SEP 2 6 2003

MARY L. M. MORAN
CLERK OF COURT

21

7

IN THE DISTRICT COURT OF GUAM

8

9   GOLAM R. SARKER,                          )   CIVIL CASE NO. 02-00023
                                               )
10                      Plaintiff,             )
                                               )
11          vs.                                )   **DECLARATION OF**
                                               )   **MICHAEL A. PANGELINAN**
12  HYATT REGENCY GUAM, MIHIR ROUT, and)
    DOE OFFICERS 1 through 10,                 )
13                                             )
                        Defendants.            )
14  _____)

15          I, **MICHAEL A. PANGELINAN,** hereby declares as follows:

16          1.      I am an attorney licensed to practice before the Courts of Guam, a partner with

17  the law firm of Calvo and Clark, LLP, and counsel of record for Defendants Hyatt Regency Guam and

18  Mihir Rout in this action.

19          2.      On December 19, 2002, I caused to be served upon Plaintiff's Counsel in this

20  matter initial disclosures pursuant to Rule 26(a)(1) of the Federal Rule of Civil Procedure, and pursuant

21  to the December 17, 2002 Scheduling Order and Discovery Plan.  To my knowledge, no initial

22  disclosures were ever served upon my office by the Plaintiff in this matter.

23          3.      Attached hereto as **Exhibit "A"** is a true and correct copy of a letter from me

24  to Attorney Curtis Charles Van de veld dated June 20, 2003.

25          4.      Attached hereto as **Exhibit "B"** is a true and correct copy of a letter from me

26  //

27  //

28  //

N030917.55-0004.Decl of MAP-Plds.wpd

ORIGINAL

1  dated August 14, 2003 to Attorney Curtis Charles Van de veld.

2        I declare under penalty of perjury pursuant to the laws of the United States that the

3  foregoing is true and correct.

4        EXECUTED on this 2 6th day of September, 2003.

5

6                                                    _____
                                                     MICHAEL A. PANGELINAN
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CALVO AND CLARK, LLP**
ATTORNEYS AT LAW
655 SOUTH MARINE DRIVE, SUITE 202
TAMUNING, GUAM 96913
TEL: (671) 646-9355 • FAX: (671) 646-9403
e-mail: caclaw@calvoandclark.com

EDUARDO A. CALVO*
ARTHUR B. CLARK
RODNEY J. JACOB
MICHAEL A. PANGELINAN

JANALYNN M. CRUZ
DANIEL M. BENJAMIN•
RAYMOND L. SOUZA, JR.••

June 20, 2003

**VIA FACSIMILE 472-2886**
**AND U.S. POSTAL SERVICE**

Curtis Charles Van de veld, Esq.
**THE VANDEVELD LAW OFFICES, P.C.**
Suite 215, 194 Hernan Cortes Avenue
Hagatna, Guam 96910

> **RE: GOLAM R. SARKER VS. HYATT REGENCY GUAM, MIHIR
> ROUT, AND DOE OFFICERS 1 THROUGH 10; DISTRICT
> COURT OF GUAM CIVIL CASE NO. CV02-00023**

Dear Curtis:

I would like to take the deposition of your client in this matter sometime between June 30 and July 11, 2003. Please let me know a day and time during those two weeks when your client will be available for the deposition.

Thank you for your consideration. I look forward to hearing from you.

Very sincerely,

CALVO AND CLARK, LLP

Michael A. Pangelinan

MAP:nbd:tlr
T030620.55-0004.Curtis-Ltr.wpd

**EXHIBIT "A"**

SAIPAN OFFICE: PMB 951 BOX 10001, SAIPAN MP 96950
TELEPHONE: (670) 323-2045 • FACSIMILE: (670) 323-2776 • E-MAIL: caclawspn@calvoandclark.com

* NOT LICENSED IN CNMI — • LICENSED IN CALIFORNIA ONLY — •• LICENSED IN MINNESOTA ONLY

## CALVO AND CLARK, LLP
### ATTORNEYS AT LAW
655 SOUTH MARINE DRIVE, SUITE 202
TAMUNING, GUAM 96913
TEL: (671) 646-9355 • FAX: (671) 646-9403
e-mail: caclaw@calvoandclark.com

EDUARDO A. CALVO*
ARTHUR B. CLARK
RODNEY J. JACOB
MICHAEL A. PANGELINAN

JANALYNN M. CRUZ
DANIEL M. BENJAMIN•
RAYMOND L. SOUZA, JR.••

August 14, 2003

**VIA HAND DELIVERY**

Curtis Charles Van de veld, Esq.
**THE VANDEVELD LAW OFFICES, P.C.**
Suite 215, 194 Hernan Cortes Avenue
Hagatna, Guam 96910

> **RE: GOLAM R. SARKER VS. HYATT REGENCY GUAM, MIHIR ROUT, AND DOE OFFICERS 1 THROUGH 10; DISTRICT COURT OF GUAM CIVIL CASE NO. CV02-00023**

Dear Curtis:

For the past few months, I have been attempting to schedule a deposition of your client, Mr. Sarker. At your request, and because you were unavailable for the deposition in July, I agreed to wait until August to schedule Mr. Sarker's deposition, and to enlarge the discovery cut-off date to August 25, 2003. Last Friday, you suggested that we meet on Thursday, August 14, 2003 (today) to discuss further enlargement of the discovery and motion deadlines. You indicated that I should contact your office to confirm the time and place of today's meeting.

Since last Friday, we have placed a number of phone calls to your office to confirm today's meeting. I also requested confirmation of the meeting in my last letter to you of August 11, 2003. As I have still not heard back from you, I have prepared the enclosed stipulation and order to move back the discovery and motion deadlines so that we will have ample time to conduct depositions and any follow-up discovery and have motions heard by the Court prior to trial.

As I discussed with you last Friday, I am concerned that the Court may not appreciate receiving a request for enlargement of deadlines, either by stipulation or by motion, after the discovery deadlines have already passed. I am therefore, requesting that you sign and return the attached stipulation to our office today so that the stipulation may be filed tomorrow.



THE VANDEVELD LAW OFFICES, P.C.

Received by: _____
Date: 8/14/03  Time: 3:45 pm

# EXHIBIT "B"

SAIPAN OFFICE: PMB 951 BOX 10001, SAIPAN MP 96950
TELEPHONE: (670) 323-2045 • FACSIMILE: (670) 323-2776 • E-MAIL: caclawspn@calvoandclark.com

* NOT LICENSED IN CNMI —— • LICENSED IN CALIFORNIA ONLY —— •• LICENSED IN MINNESOTA ONLY

Curtis Charles Van de veld, Esq.
August 14, 2003
Page 2


        I appreciate your cooperation and prompt attention to this matter. Please feel free to
contact me with any questions or comments.

                            Very sincerely,

                            CALVO AND CLARK, LLP



                            Michael A. Pangelinan


Enclosure

MAP:nbd
N030814.55-0004.Van de veld-Ltr.wpd

1  Michael A. Pangelinan, Esq.
   Janalynn M. Cruz, Esq.
2  CALVO AND CLARK, LLP
   Attorneys at Law
3  655 South Marine Drive, Suite 202
   Tamuning, Guam  96911
4  Telephone:    (671) 646-9355
   Facsimile:    (671) 646-9403
5
   *Attorneys for Defendants*
6  Hyatt Regency Guam and Mihir Rout

7

IN THE DISTRICT COURT OF GUAM

8

9   GOLAM R. SARKER,                                )   CIVIL CASE NO. 02-00023
                                                    )
10                         Plaintiff,               )
                                                    )
11            vs.                                    )   **STIPULATION AND ORDER TO**
                                                    )   **ENLARGE TIME FOR MOTIONS AND**
12  HYATT REGENCY GUAM, MIHIR ROUT, and)               **DISCOVERY**
    DOE OFFICERS 1 through 10,                      )
13                                                   )
                           Defendants.              )
14  ───────────────────────────────────────────────)

15           COME NOW, Defendants Hyatt Regency Guam and Mihir Rout, through their counsel

16  of record, Calvo and Clark, LLP, by Michael A. Pangelinan, Esq., and Plaintiff Golam R. Sarker,

17  through his counsel of record, The Vandeveld Law Offices, P.C., by Curtis C. Van de veld, Esq., and

18  hereby stipulate to enlarge time as to the following pre-trial matters as follows:

19           1.    Discovery motions may be filed on or before September 19, 2003.

20           2.    Discovery shall be completed on or before September 26, 2003.

21           3.    Dispositive motions may be filed on or before October 3, 2003.

22           SO STIPULATED:

23  CALVO AND CLARK, LLP                             THE VANDEVELD LAW OFFICES, P.C.
24  Attorneys At Law

25  By:_____                    By:_____
26     **MICHAEL A. PANGELINAN**                        **CURTIS CHARLES VAN DE VELD**
       Attorneys for Defendants                        Attorneys for Plaintiff
27
    DATED: August 14, 2003.                         DATED: August _____, 2003.
28

N030814.55-0004.Stipulation to enlarge time-Plds.wpd

# ORDER

IT IS HEREBY ORDERED that the time within which to file discovery motions is enlarged to September 19, 2003, the time for completion of discovery is enlarged to September 26, 2003, and the time within which to file dispositive motions is enlarged to October 3, 2003.

SO ORDERED:_____, 2003.

_____
**HONORABLE JOHN S. UNPINGCO**
Chief Judge, District Court of Guam

N030814.55-0004.Stipulation to enlarge time-Plds.wpd

2