Michael A. Pangelinan, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendants*
Hyatt Regency Guam and Mihir Rout

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GOLAM R. SARKER, | CIVIL CASE NO. 02-00023 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| HYATT REGENCY GUAM, MIHIR ROUT, and DOE OFFICERS 1 through 10, | |
| Defendants. | |

The undersigned hereby certifies that true and correct copies of the NOTICE OF MOTION, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS, and REQUEST FOR HEARING DATE, were served upon the Plaintiff via U.S. Mail, postage prepaid, addressed as follows:

Golam R. Sarker
Post Office Box 26392
GMF, Guam 96921

DATED this 26th day of September, 2003.

CALVO AND CLARK, LLP
Attorneys At Law

By: _____
MICHAEL A. PANGELINAN

ORIGINAL