Michael A. Pangelinan, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone:    (671) 646-9355
Facsimile:    (671) 646-9403

*Attorneys for Defendants*
Hyatt Regency Guam and Mihir Rout

**FILED**
DISTRICT COURT OF GUAM

SEP 29 2003

MARY L. M. MORAN
CLERK OF COURT

24

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GOLAM R. SARKER, | CIVIL CASE NO. 02-00023 |
| Plaintiff, | |
| vs. | **AMENDED CERTIFICATE OF SERVICE** |
| HYATT REGENCY GUAM, MIHIR ROUT, and DOE OFFICERS 1 through 10, | |
| Defendants. | |

The undersigned hereby certifies that true and correct copies of the NOTICE OF MOTION, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS, DECLARATION OF MICHAEL A. PANGELINAN, [PROPOSED] ORDER, and REQUEST FOR HEARING DATE, were served upon the Plaintiff via certified mail, return receipt requested addressed as follows:

Golam R. Sarker
Post Office Box 26392
GMF, Guam 96921

DATED this 29th day of September, 2003.

CALVO AND CLARK, LLP
Attorneys At Law

By: _____
MICHAEL A. PANGELINAN

N030929.55-0004.Amended Cert of Svc-Plds.wpd