DISTRICT COURT OF GUAM

TERRITORY OF GUAM

GOLAM R. SARKER,

    Plaintiff,

vs.

HYATT REGENCY GUAM, MIHIR ROUT, and DOE OFFICERS 1 through 10,

    Defendants.

Civil Case No. 02-00023

ORDER

This case is scheduled to come before the Court on October 28, 2003, for a Final Pretrial Conference. However, there is a Motion to Dismiss filed by the defendants, that has not yet been decided which may have bearing on the posture of this case. Therefore, pending resolution of this matter, the Court will vacate the present scheduling order and will re-calendar the Final Pretrial Conference and trial dates as appropriate.

IT IS SO ORDERED this 27th day of October, 2003.

JOHN S. UNPINGCO
District Judge