Michael A. Pangelinan, Esq.
Janalynn M. Cruz, Esq.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendants*
Hyatt Regency Guam and Mihir Rout

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GOLAM R. SARKER, | CIVIL CASE NO. 02-00023 |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER |
| HYATT REGENCY GUAM, MIHIR ROUT, and DOE OFFICERS 1 through 10, | |
| Defendants. | |

This matter came before the Court upon Defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 41(b).

Good cause appearing, and after reviewing the pleadings and other documents on file herein, the Court hereby GRANTS Defendants' motion. Plaintiff's Complaint is hereby dismissed without prejudice.

SO ORDERED: _March 3_, 2003.

_____
HONORABLE JOHN S. UNPINGCO
Chief Judge, District Court of Guam

PRESENTED BY:

CALVO AND CLARK, LLP
Attorneys At Law

By: _____
MICHAEL A. PANGELINAN
Attorneys for Defendants Hyatt Regency
Guam and Mihir Rout

Notice is hereby given that this document was entered on the docket on 3/3/2004. No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By _____ 3/3/04

FILED DISTRICT COURT OF GUAM MAR -3 2004 MARY L. M. MORAN CLERK OF COURT

RECEIVED SEP 29 2003 DISTRICT COURT OF GUAM HAGATNA, GUAM

N030912.55-0004.[Proposed] Order-Plds.wpd