DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| GOLAM R. SARKER,<br><br>    Plaintiff,<br><br>vs.<br><br>HYATT REGENCY GUAM, MIHIR ROUT, and DOE OFFICERS 1 through 10,<br><br>    Defendants. | Civil Case No. 02-00023<br><br><br>ORDER |

On March 3, 2004, the Court issued an Order granting the Motion to Dismiss the Complaint filed by defendants, Hyatt Regency Guam and Mihir Rout. For purposes of clarity, the Order likewise pertains to all Doe defendants.

IT IS SO ORDERED this 19th day of March, 2004.

JOHN S. UNPINGCO
District Judge